* * * * * * * * * * *
With the North Carolina Court of Appeals having dismissed defendant's appeal, the North Carolina Industrial Commission resumes jurisdiction over this matter. Accordingly, the directives contained in the Full Commission's Decision and Order filed on August 29, 2005 are to be carried out and this matter is hereby remanded to Chief Deputy Commissioner Stephen T. Gheen for assignment to a Deputy Commissioner for the taking of additional evidence or further hearing, if necessary, and the entry of a Decision and Order with findings regarding the compensatory damages that plaintiffs are entitled to recover. *Page 2 
This the __ day of April 2007.
S/____________________ BERNADINE S. BALLANCE COMMISSIONER
CONCURRING:
S/_______________________ LAURA KRANIFELD MAVRETIC COMMISSIONER
S/_________________ DANNY LEE McDONALD COMMISSIONER *Page 1